**Jeffrey Paul MILLER Plaintiff-Appellant**

v.

**Nancy A. BERRYHILL, Acting Commissioner of Social Security Defendant-Appellee**

No. 17-2043

United States Court of Appeals, Eighth Circuit.

Submitted: February 7, 2018

Filed: February 12, 2018

John Thomas Murray, Columbia, MO, for Plaintiff-Appellant

Jeffrey P. Ray, Assistant U.S. Attorney, Anne M. Zeigler, Assistant Regional Counsel, U.S. Attorney's Office, Kansas City, MO, for Defendant-Appellee

Before GRUENDER, BOWMAN, and KELLY, Circuit Judges.

PER CURIAM.

Jeffrey Paul Miller appeals the order of the district court[1] affirming the Commissioner's denial of disability insurance benefits and supplemental security income. For reversal, Miller contends that the ALJ (1) did not give sufficient weight to the cogni-

---

1. The Honorable Fernando J. Gaitan, Jr., United States District Judge for the Western

tive problems caused by his diabetes and joint pain; (2) erred in not according controlling weight to his treating physician's assessment; (3) did not accord sufficient weight to the effects of his musculoskeletal impairments; and (4) erred in determining he could perform unskilled light work. Following careful review of the parties' submissions and the record before us, we conclude that the ALJ's determinations are supported by substantial evidence on the record as a whole, and that Miller's arguments do not support reversal. See Andrews v. Colvin, 791 F.3d 923, 928 (8th Cir. 2015). Accordingly, we affirm the district court's judgment. See 8th Cir. R. 47B.